UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RICHARD CLOSSER,             )
                             )
            Plaintiff,       )
                             )
       v.                    )    No. 4:07CV401(JCH)
                             )
STEVEN HOLLARD, et al.,      )
                             )
            Defendants.      )

### ORDER AND MEMORANDUM

This matter is before the Court upon the application of Richard Closser for leave to commence this action without payment of the required filing fee [Doc. #2]. See 28 U.S.C. § 1915(a). Upon consideration of the financial information provided with the application, the Court finds that the applicant is financially unable to pay any portion of the filing fee. Therefore, plaintiff will be granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

### 28 U.S.C. § 1915(e)

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court may dismiss a complaint filed in forma pauperis at any time if the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief against a defendant who is immune from such relief. An action is frivolous if "it lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989). An action fails to state a

claim upon which relief can be granted if it does not plead "enough facts to state a claim to relief that is plausible on its face." Bell Atlantic Corp. v. Twombly, 127 S. Ct. 1955, 1974 ( 2007). In reviewing a pro se complaint under § 1915(e)(2)(B), the Court must give the complaint the benefit of a liberal construction. Haines v. Kerner, 404 U.S. 519, 520 (1972). The Court must also weigh all factual allegations in favor of the plaintiff, unless the facts alleged are clearly baseless. Denton v. Hernandez, 504 U.S. 25, 32-33 (1992); Scheuer v. Rhodes, 416 U.S. 232, 236 (1974).

### The complaint

Plaintiff, a resident at the Missouri Sexual Offender Treatment Center (MSOTC), seeks damages pursuant to 42 U.S.C. § 1983. Named as defendants are Steven Hollard and Linda Eson. The complaint states:

> I want to see the aid Steven Hollard remove from the job he is at. For he writes people up for that is all he does is sits [and] thinks up ways to write people up. For he shouldn't be a aid at all. For my nerves is at the end and so is everybody elses. But nobody wishes to file on it they are scare to file so I took it upon my [illegible] to file.

### Discussion

The instant complaint should be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). Even liberally construed, plaintiff's allegations fail to state a claim upon which relief may be granted.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. #2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint because the complaint is legally frivolous or fails to state a claim upon which relief may be granted or both. See 28 U.S.C. § 1915(e)(2)(B).

An appropriate order shall accompany this order and memorandum.

Dated this 14th day of /s/ Jean C. Hamilton, 2007.


/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**