UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD CLOSSER, | ) |
|   Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:07-CV-401 (JCH) |
| STEVEN HOLLARD, et al., | ) ) ) |
|   Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED**.

Dated this 14th day of August, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE